# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>URBAN OUTFITTERS, INC.,<br>      Defendant. | C.A. No: 1:13-CV-12276-ADB |
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>FREE PEOPLE, LLC and FREE PEOPLE OF PA LLC,<br><br>      Defendants. | C.A. NO: 1:14-CV-12018-ADB |

**ASSENTED TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, PRELIMINARY CLASS CERTIFICATION, APPROVAL <u>OF FORM AND MANNER OF NOTICE, AND TO SET A FAIRNESS HEARING</u>**

Plaintiff, Lauren Miller, on behalf of the proposed Class and through her attorneys, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"), Pastor Law Office, LLP ("PLO"), and Leonard Law Office P.C. ("LLO"), hereby moves for an order (1) preliminarily certifying the Settlement Class; (2) granting preliminary approval of the proposed Settlement; (3) approving the Settling Parties' proposed form and method of giving notice to the Class of the pendency of this litigation and of the Settlement; (4) directing that notice be given to the Settlement Class members as approved by the Court; (5) finding that such notice constitutes the best notice practicable under the circumstances; (6) naming Plaintiff and her counsel, Todd S. Garber, David Pastor and Preston Leonard along with their respective firms, FBFG, PLO and LLO, as Class Representative and Class Counsel; (7) scheduling various dates for requirements and/or obligations of the Settling Parties and Class members as more fully described in the proposed Order filed concurrently herewith; and (8) scheduling a fairness hearing during which the Court will consider (a) the Settling Parties' request for final approval of the Settlement and entry of the proposed Final Order and Judgment, (b) Class Counsel's application for an award of attorneys' fees and reimbursement of expenses, and (c) dismissal of the Action pending before this Court.

Defendants assent to the relief sought by this Motion.

The grounds for this Motion are set forth in the accompanying memorandum of law.

Dated: February 18, 2015

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I hereby certify that counsel for Plaintiff has conferred with Defendants' counsel in a good faith attempt to resolve or narrow the issues raised by this motion with the following result: Defendants' counsel indicated that Defendants assent to the relief sought by this Motion.

Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor_____
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: 617-742-9700
dpastor@pastorlawoffice.com

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
Todd S. Garber
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Telephone: (914) 298-3281
tgarber@fbfglaw.com

**LEONARD LAW OFFICE, LLP**
Preston W. Leonard (BBO #680991)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-329-1295
pleonard@theleonardlawoffice.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on February 18, 2015.

/s/ David Pastor_____
David Pastor