UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>URBAN OUTFITTERS, INC.,<br>　　　　　　　　Defendant. | C.A. No: 1:13-CV-12276-ADB |
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>FREE PEOPLE, LLC and FREE PEOPLE OF PA LLC,<br><br>　　　　　　　　Defendants. | C.A. NO: 1:13-CV-12018-ADB |

**ORDER FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT AGREEMENT, DIRECTING
NOTICE TO THE CLASS, AND SCHEDULING FAIRNESS HEARING**

WHEREAS, a proposed class action is pending before the Court entitled *Miller v. Urban Outfitters, Inc.*, Civil No. 13-12276-ADB; and *Miller v. Free People, LLC. and Free People of PA, LLC.*, Civil No. 13-12018-ADB (consolidated); and

WHEREAS, the parties have entered into a Second Amended Settlement Agreement and Release ("Settlement Agreement") dated July 14, 2015; and

WHEREAS, the parties having made application, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order preliminarily approving the settlement of this Litigation, in accordance with the Settlement Agreement which sets forth the terms and conditions of the proposed settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms and conditions set forth therein; and

WHEREAS, all defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby preliminarily approves, for purposes of settlement only, the Action as a class action on behalf of the Class (as defined in the Settlement Agreement at ¶1.4) consisting of members of the two subclasses defined below. The Court further certifies the following two sub-classes (as defined in the Settlement Agreement at ¶¶ 1.12, 1.17 and 2.2): (1) "First Time Collection Class" consisting of all persons to whom Urban Outfitters and/or Free People mailed marketing materials after collecting their ZIP codes for the first time following a credit card purchase transaction in an Urban Outfitters Massachusetts retail store between August 15, 2009 and the date of this Order or a Free People Massachusetts retail store between March 26, 2010 and the date of this Order and who are not members of the Previous Collection Class (defined as follows); and (2) "Previous Collection Class" consisting of all persons who provided their ZIP codes when they ordered merchandise over the telephone, internet, or by mail prior to providing their ZIP codes to Urban Outfitters and Free People following a credit card purchase transaction in an Urban Outfitters Massachusetts retail store between August 15, 2009 and the date of this Order or in a Free People Massachusetts retail store between March 26, 2010 and the date of this Order and to whom Urban Outfitters and/or Free People sent marketing materials. For purposes of this preliminary class certification only, Plaintiff is preliminarily approved as the Class Representative, and her counsel as Class Counsel.

2. The Court preliminary finds and concludes, for purposes of settlement only, that the requirements of Rule 23 of the Federal Rules of Civil Procedure have been met:

   a. The members of the Class are so numerous that separate joinder of each member is impracticable;

   b. Plaintiff's claims raise questions of law and fact common to the questions of law and fact raised by the claims of each member of the Class;

   c. Plaintiff's claims are typical of the claims of the members of the Class;

   d. Plaintiff can fairly and adequately protect and represent the interests of the Class;

   e. Questions of law or fact common to the members of the Class predominate over any questions affecting only individual members; and

   f. A class action is superior to other available methods for the fair and efficient adjudication of the controversy presented by the Litigation.

   3. The Court hereby preliminarily approves the Settlement as fair, reasonable, and adequate, subject to further consideration at the Fairness Hearing described below.

   4. A Fairness Hearing shall be held before this Court on __November 10__, 2015, at __10:30AM__ a.m./p.m., in Courtroom 17 at 1 Courthouse Way, Boston, Massachusetts 02210, to consider the fairness, reasonableness and adequacy of the Settlement Agreement, the entry of a Final Order and Judgment in the case, any petition for attorneys' fees, costs and reimbursement of expenses made by Class Counsel, Incentive Award to the named Plaintiff, and any other related matters that are brought to the attention of the Court in a timely fashion.

   5. The Court approves, as to form and content, the Notice of Proposed Settlement of Class Action Lawsuit ("Full Class Notice"),[1] and the Summary Notice of Proposed Settlement of Class Action Lawsuit (the "Summary Notice")[2], and finds that the mailing and distribution of the Summary Notice and posting of the Full Class Notice on a website in the manner and form

---

[1] There are two Full Class Notices, one for *Urban Outfitters* and one for *Free People*.
[2] There are two Summary Notices, one for *Urban Outfitters* and one for *Free People*.

set forth in ¶ 6 of this Order substantially meet the requirements of Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. Defendants will distribute the Summary Notice to Class members via email or U.S. mail beginning no later than thirty (30) calendar days after the entry of this Order; and Urban Outfitters and Free People shall post on the Internet the Full Class Notice beginning no later than forty-five (45) calendar days after entry of this Order for sixty (60) days.

7. No later than fifteen (15) court days before the Fairness Hearing, Urban Outfitters and Free People will file with the Court and serve upon Plaintiff's Counsel a declaration confirming that the Class Notice has been provided in accordance with this Order.

8. Class members shall be bound by all determinations and judgments in this Action, whether favorable or unfavorable, unless such persons request exclusion from the Class in a timely and proper manner, as hereinafter provided. To be excluded from the Class, Class members must mail a request for exclusion from the Class to Urban Outfitters' and Free People's counsel, within thirty (30) days after the Summary Notice is distributed, with a copy to Class Counsel. Class members must include their full name, address, signature, and date. The request for exclusion must be personally signed by the Class member requesting exclusion. To be considered valid, a request for exclusion must set forth all of this information and must be timely received. No later than ten (10) court days prior to the Fairness Hearing, Urban Outfitters' and Free People's counsel shall prepare a list of the persons who, pursuant to the Class Notice, have excluded themselves from the Class in a valid and timely manner and shall deliver that list to Class Counsel.

9. Within thirty (30) days after the Full Class Notice is published any member of the Class who wishes to object to the Settlement must mail a written objection to Urban Outfitters' and Free People's Counsel and serve a copy on Class Counsel. The objection shall include the name and title of the lawsuit, *Miller v. Urban Outfitters, Inc.*, Civil No. 13-12276-ADB and *Miller v. Free People, LLC. and Free People of PA, LLC.*, Civil No. 13-12018-ADB, the objector's full name, address, telephone number and signature and a statement of the reasons why the objector objects to the proposed settlement, and any documentation supporting the objection. The objector must also mail copies of the objection and all supporting law to Class Counsel and to Defendants' Counsel as specified in the Class Notice. Any member of the Class or other person who does not timely file and serve a written objection complying with the terms of this paragraph shall be deemed to have waived, and shall be foreclosed from raising any objection to the Settlement, and any untimely objection shall be barred.

10. Any objector who files and serves a timely, written objection in accordance with the above instructions may also appear at the Fairness Hearing either in person or through counsel retained at the objector's expense. Objectors intending to appear at the Fairness Hearing must effect service of a notice of intention to appear setting forth, among other things, the name, address, and telephone number of the objector (and, if applicable, the name, address, and telephone number of the objector's attorney) on Class Counsel and Defendants' Counsel as specified in the Class Notice. Any objector who does not timely file and serve a notice of intention to appear in accordance with this paragraph shall not be permitted to appear at the Fairness Hearing, except for good cause shown.

11. All discovery and pretrial proceedings in this Action are stayed and suspended until further order of this Court.

12. All papers in final support of the Settlement and Plaintiff's Counsel's application for attorneys' fees and reimbursement of expense shall be filed and served on or before fourteen (14) days before the Fairness Hearing.

13. Any member of the Class that has not filed a Request for Exclusion may appear at the Fairness Hearing in person or by counsel and may be heard, to the extent allowed by the Court, either in support of or in opposition to the fairness, reasonableness and adequacy of the Settlement Agreement; provided, however, that no person shall be heard in opposition to the Settlement Agreement, and no papers or briefs submitted by or on behalf of any such person shall be accepted or considered by the Court, unless such person complies with the deadlines set forth above.

14. The date and time of the Fairness Hearing shall be set forth in the Class Notice but shall be subject to adjournment by the Court without further notice to the members of the Class other than which may be posted on the Court's Electronic Case Filing (ECF) system or the website created pursuant to the Settlement Agreement, as set forth in the Summary Notice.

15. If Final Approval of the Settlement is not granted, or if the Settlement is terminated for any reason, the Settlement and all proceedings had in connection therewith shall be without prejudice to the parties' rights and the parties shall return to the *status quo ante*, and all Orders issued pursuant to the Settlement and Preliminary and Final Approval process shall be vacated. In such event, the Settlement Agreement and all negotiations concerning it shall not be used or referred to in this action for any purpose whatsoever.

IT IS SO ORDERED.

Dated: __July 15_____, 2015

/s/ Allison D. Burroughs
_____
DISTRICT COURT JUDGE