**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Lauren Miller,
*Individually and on behalf of
all others similarly situated*
       Plaintiff

V.

Urban Outfitters, et. al.
       Defendant

CIVIL ACTION

NO.  1:13-cv-12276-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.

In accordance with the Court's Final Order Approving Class Action Settlement dated 11/12/2015, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    11/12/2015
      Date

   /s/ Mariliz Montes
   Deputy Clerk